UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-15-1509** |
| CARLOS ALBERTO ZAMUDIO | § | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## Count One

On or about February 5, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**CARLOS ALBERTO ZAMUDIO**

in connection with his acquisition of a firearm, an Armalite, .308 caliber rifle from Danny's Pawn and Sporting Goods, in McAllen, ~~Pharr~~, Texas, a federally licensed firearms dealer, knowingly made a false and fictitious written statement to the licensed firearms dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of the acquisition of the firearm by the defendant under Chapter 44 of Title 18, in that defendant represented that he was the actual transferee or buyer of the firearm on the ATF Form 4473, when in truth and in fact he was not.

12/14/15 A.D.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count Two

On or about March 13, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**CARLOS ALBERTO ZAMUDIO**

in connection with his acquisition of a firearm, a Century Arms, model N-PAP M70, 7.62mm x 39mm caliber rifle from 44 Firearms, LLC, in McAllen, Texas, a federally licensed firearms dealer, knowingly made a false and fictitious written statement to the licensed firearms dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of the acquisition of the firearm by the defendant under Chapter 44 of Title 18, in that defendant represented that he was the actual transferee or buyer of the firearm on the ATF Form 4473, when in truth and in fact he was not.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count Three

On or about May 8, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**CARLOS ALBERTO ZAMUDIO**

in connection with his acquisition of a firearm, a Century Arms, model C39V2, 7.62mm x 39mm caliber rifle from Glick Twins, in Pharr, Texas, a federally licensed firearms dealer, knowingly made a false and fictitious written statement to the licensed firearms dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of the acquisition of the firearm by the defendant under Chapter 44 of Title 18, in that defendant represented that he was the actual transferee or buyer of the firearm on the ATF Form 4473, when in truth and in fact he was not.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### Count Four

On or about May 8, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### CARLOS ALBERTO ZAMUDIO

in connection with his acquisition of a firearm, a Century Arms, model WASR-10, 7.62mm x 39mm caliber rifle, from Danny's Pawn and Sporting Goods, in Pharr, Texas, a federally licensed firearms dealer, knowingly made a false and fictitious written statement to the licensed firearms dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of the acquisition of the firearm by the defendant under Chapter 44 of Title 18, in that defendant represented that he was the actual transferee or buyer of the firearm on the ATF Form 4473, when in truth and in fact he was not.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### Count Five

On or about May 8, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### CARLOS ALBERTO ZAMUDIO

in connection with his acquisition of a firearm, a Century Arms, model Underfolder, 7.62mm x 39mm caliber rifle, from Southwest Hay & Feed Co., in Mission, Texas, a federally licensed firearms dealer, knowingly made a false and fictitious written statement to the licensed firearms dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of the acquisition of the firearm by the defendant under Chapter 44 of Title 18, in that defendant represented that he was the actual transferee or buyer of the firearm on the ATF Form 4473, when in truth and in fact he was not.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## NOTICE OF FORFEITURE
## 18 U.S.C. §922(g)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendants,

**CARLOS ALBERTO ZAMUDIO**

that upon conviction of a violation of Title 18, United States Code, Section 922(a)(6), all firearms and ammunition involved in said violation are subject to forfeiture, including but not limited to the following:

**Armalite, .308 caliber rifle**
**Century Arms, model N-PAP M70, 7.62 mm x 39 mm caliber rifle**
**Century Arms, model C39V2, 7.62mm x 39 mm caliber rifle**
**Century Arms, model WASR-10, 7.62mm x 39mm caliber rifle**
**Century Arms, model Underfolder, 7.62mm x 39mm caliber rifle**

A TRUE BILL

FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY